# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

KEEGAN ALLANACH

    Plaintiff,

v.                              **CASE NO.:  8:21-cv-41-VMC-AEP**

THE GLENRIDGE ON PALMER
RANCH, INC., a Florida corporation,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties, by and through their undersigned counsel, hereby stipulate to the dismissal with prejudice of the above-captioned action in its entirety, with each party bearing her or its own attorneys' fees and costs.

Respectfully submitted this 13th day of October, 2021.

| | |
|---|---|
| **YORMAK EMPLOYMENT & DISABILITY LAW** | **ROGERS TOWERS, P.A.** |
| /s/ Benjamin H. Yormak | /s/ Samuel J. Horovitz |
| Benjamin H. Yormak | Lori S. Patterson |
| Florida Bar Number 71272 | Florida Bar No. 0111023 |
| 9990 Coconut Road | Samuel J. Horovitz |
| Bonita Springs, Florida 34135 | Florida Bar No. 0059015 |
| (239) 985-9691 (telephone) | 1301 Riverplace Blvd., Ste 1500 |
| byormak@yormaklaw.com | Jacksonville, Florida 32207 |
| | (904) 398-3911 (telephone) |
| ATTORNEY FOR PLAINTIFF | lspatterson@rtlaw.com |
| | shorovitz@rtlaw.com |
| | ATTORNEYS FOR DEFENDANT |